UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE R. GERENA,

                Plaintiff,

       v.

A&H SECURITY SERVICES and FELIX CABREJA,

                Defendants.

No. 24-CV-5044 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      As agreed at today's conference, Defendants' motion for summary judgment shall be filed no later than April 30, 2025. Plaintiff's opposition shall be filed by May 30, 2025. Defendants' reply, if any, is due by June 13, 2025. Furthermore, the parties shall file a letter by March 7, 2025, indicating whether the parties would like a referral to mediation, either before the same or a new mediator, or to Magistrate Judge Figueredo for a settlement conference.

SO ORDERED.

Dated:    February 28, 2025
            New York, New York

                                                Ronnie Abrams
                                                United States District Judge